United States District Court
Southern District of Texas
**ENTERED**
August 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY R. MCGREAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00089 |
| | § | |
| CITY OF CORPUS CHRISTI, TEXAS, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE AMENDED COMPLAINT AND ORDER DENYING DEFENDANTS' PENDING MOTIONS TO DISMISS WITHOUT PREJUDICE**

This is a civil rights action filed by Plaintiff who was originally appearing *pro se*. Plaintiff is now represented by counsel who seeks to cure certain pleading deficiencies by filing an amended complaint. The undersigned finds Plaintiff's motion to amend should be granted. The undersigned further finds the Defendants' pending motions to dismiss must address Plaintiff's live pleading. The Court is not inclined to rule on motions to dismiss which are not based on Plaintiff's operative pleading. Thus, Defendants' current motions to dismiss should be denied without prejudice subject to being refiled and edited accordingly to address Plaintiff's Amended Complaint. Therefore, it is

**ORDERED** that Plaintiff's Unopposed Motion for Leave to File Amended Complaint (D.E. 23) is **GRANTED**. It is further

**ORDERED** that each of Defendants' pending Motions to Dismiss (D.E. 12, D.E. 15, D.E. 16, D.E. 17, and D.E. 19) are **DENIED without prejudice** and may be refiled if necessary or appropriate to address any pleading deficiencies in Plaintiff's live pleading.

ORDERED on August 5, 2026.

Jason B. Libby
United States Magistrate Judge