United States District Court
Southern District of Texas
**ENTERED**
September 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TIMOTHY R. MCGREAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00089 |
| | § | |
| CITY OF CORPUS CHRISTI, TEXAS, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

# ORDER

Pending are Defendants' Motions to Dismiss, which have been referred to the undersigned. (D.E. 28 to D.E. 32). Plaintiff has now filed a Second Amended Complaint, naming only two Defendants: the City of Corpus Christi and Nueces County. (D.E. 42 and D.E. 43).[1] Therefore, the other Defendants are **DISMISSED** from this case and the Clerk of Court is **DIRECTED** to terminate them as Defendants. Fed. R. Civ. P. 41. Further, all pending Motions to Dismiss are **DENIED without prejudice as moot**. The two remaining Defendants shall file a responsive pleading on or before **October 27, 2026**.

ORDERED on September 28, 2026.

Jason B. Libby
United States Magistrate Judge

[1]Plaintiff filed the Second Amended Complaint twice. (D.E. 42 and D.E. 43). The undersigned finds the operative pleading is the later filed document, Docket Entry 43.